# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  MitraStar Technology Corporation v. Skyworks Solutions, Inc.
District Court Case No.  1:20-cv-11729-RGS         District of Massachusetts
Date Notice of Appeal filed  02/16/2021         Court of Appeals Case No.  21-1130
Form filed on behalf of  MitraStar Technology Corporation

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  ✓

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____
Phone Number of Reporter _____

A.  _____  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S)                                    HEARING DATE(S)

- [ ] Jury Voir Dire
- [ ] Opening Statement (plaintiff)
- [ ] Opening Statement (defendant)
- [ ] Trial
- [ ] Closing Argument (plaintiff)
- [ ] Closing Argument (defendant)
- [ ] Findings of Fact/Conclusions of Law
- [ ] Jury Instructions
- [ ] Change of Plea
- [ ] Sentencing
- [ ] Bail hearing
- [ ] Pretrial proceedings (specify) _____
- [ ] Testimony (specify) _____
- [ ] Other (specify) _____

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  _____  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- [ ] Private funds.
- [ ] Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- [ ] Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- [ ] Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- [ ] Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Vincent J. Pisegna/Jason B. Curtin         Filer's Signature  *Vincent J. Pisegna*
Firm/Address  Krokidas & Bluestein 600 Atlantic Avenue, 19th Floor, Boston, MA 02110         Filer's Email address  vpisegna@kb-law.com/jcurtin@kb-law.com
Telephone number  617-482-7211         Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                    SEE INSTRUCTIONS ON REVERSE

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 21-1130

MITRASTAR TECHNOLOGY CORPORATION,

Plaintiff - Appellant,

v.

SKYWORKS SOLUTIONS, INC.,

Defendant - Appellee.

_____

MITRASTAR TECHNOLOGY CORPORATION,

By its attorneys,

/s/ Vincent J. Pisegna
Vincent J. Pisegna, BBO# 400560
vpisegna@kb-law.com
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 482-7211

March 2, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2021, I electronically filed a Transcript Order Form through the CM/ECF system, which sends notification to counsel for Defendant.

      /s/Vincent J. Pisegna
      Vincent J. Pisegna

3601\0001\680673.1