# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 21-1130

MITRASTAR TECHNOLOGY CORPORATION,

Plaintiff - Appellant,

v.

SKYWORKS SOLUTIONS, INC.,

Defendant - Appellee.

_____

### NOTICE OF APPEARANCE

Please enter the appearance of Vincent J. Pisegna, of the law firm of Krokidas & Bluestein LLP, in the above-captioned action on behalf of Plaintiff MitraStar Techology Corporation.

                      MITRASTAR TECHNOLOGY CORPORATION,

                      By its attorneys,

                      /s/ Vincent J. Pisegna
                      Vincent J. Pisegna, BBO# 400560
                      vpisegna@kb-law.com
                      KROKIDAS & BLUESTEIN LLP
                      600 Atlantic Avenue
                      Boston, MA  02210
                      (617) 482-7211

March 3, 2021

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 3, 2021, I electronically filed the attached Notice of Appearance through the CM/ECF system, which sends notification to counsel for Defendant.

                /s/Vincent J. Pisegna
                Vincent J. Pisegna

3601\0001\680673.1