# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 21-1130     **Short Title:** Mitra Star Technology Corp. v. Skyworks Solutions, Inc.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from January 15, 2021
  2. Date this notice of appeal filed February 16, 2021
     If cross appeal, date first notice of appeal filed N/A
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)   N/A
  4. Date of entry of order deciding above post-judgment motion N/A
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) N/A
     Time extended to N/A

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?  [X] Yes   [ ] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   [ ] Yes   [ ] No
        If yes, explain N/A
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   [ ] Yes   [ ] No
        If yes, explain N/A

C. Has this case previously been appealed?   [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   N/A

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   [✓] Yes   [ ] No   See Addendum
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☐ Yes ☑ No
   If yes, is a transcript necessary for this appeal? ☐ Yes ☐ No
   If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party  Skyworks Solutions, Inc.
      Attorney  Felicia Ellsworth
      Address  Wilmer Hale, 60 State Street, Boston, MA  02109
      Telephone  617-526-6687

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name  MitraStar Technology Corp.
      Address  No. 6 Innovation Road II, Hsinchu Science Park, Hsinehu County, Taiwan, R.O.C.
      Telephone

      Attorney's name  Vincent J. Pisegna
      Firm  Krokidas & Bluestein
      Address  600 Atlantic Avenue, 19th Floor, Boston, MA  02110
      Telephone  617-482-7211

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  *Vincent J. Pisegna*
Date  March 3, 2021

Addendum to Docketing Statement:

Related Case

ZyXEL Communications, Inc. v. Skyworks Solutions, Inc., C.A. No. 1:19-cv-11573-RGS is a related case. As background, on July 18, 2019, ZyXEL Communications, Inc. ("ZyXEL, Inc.") brought suit, individually and as assignee of MitraStar Technology Corporation ("MitraStar"), against Skyworks Solutions, Inc. ("Skyworks") in ZyXEL Communications, Inc. v. Skyworks Solutions, Inc., C.A. No. 1:19-cv-11573-RGS, asserting, inter alia, a fraud claim against Skyworks based on its sale of the Skyworks SE2605L-R with knowledge of its inherently defective condition. ZyXEL, Inc. asserted its fraud claim as the assignee of MitraStar, pursuant to an agreement whereby MitraStar assigned its rights against Skyworks to ZyXEL, Inc. (the "Assignment Agreement"). On December 11, 2019, the Court dismissed, inter alia, ZyXEL, Inc.'s claim of fraud based on MitraStar's assignment of that claim to ZyXEL, Inc., which the Court held as invalid. Based on the Court's finding that MitraStar's assignment was invalid, MitraStar and ZyXEL, Inc. terminated the Assignment Agreement, and MitraStar brought fraud and misrepresentation claims against Skyworks on its own behalf in MitraStar Technology Corporation v. Skyworks Solutions, Inc., C.A. No. 1:20-cv-11729-RGS, from which this appeal is taken.

3601\0001\686798.1

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

No. 21-1130

MITRASTAR TECHNOLOGY CORPORATION,

Plaintiff - Appellant,

v.

SKYWORKS SOLUTIONS, INC.,

Defendant - Appellee.

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 3, 2021, I electronically filed a Docketing Statement through the CM/ECF system, which sends notification to counsel for Defendant.

/s/Vincent J. Pisegna
Vincent J. Pisegna

MITRASTAR TECHNOLOGY CORPORATION,

By its attorneys,

/s/ Vincent J. Pisegna
Vincent J. Pisegna, BBO# 400560
vpisegna@kb-law.com
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

March 3, 2021

3601\0001\680673.1