# United States Court of Appeals
## For the First Circuit

No. 21-1130

MITRASTAR TECHNOLOGY CORPORATION

Plaintiff - Appellant

v.

SKYWORKS SOLUTIONS, INC.

Defendant - Appellee

**NOTICE**

Issued: March 9, 2021

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After March 23, 2021, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Tess A. Foley
Jason B. Curtin

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse

1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Christine - (617) 748-9026

cc:
Jason B. Curtin
Felicia H. Ellsworth
Tess A. Foley
Eric Hawkins
Vincent J. Pisegna