# United States Court of Appeals
## For the First Circuit

No. 21-1130

MITRASTAR TECHNOLOGY CORPORATION

Plaintiff - Appellant

v.

SKYWORKS SOLUTIONS, INC.

Defendant - Appellee

**NOTICE**

Issued: March 24, 2021

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorney has failed to register for an account and will no longer receive notice in this case:

Jason B. Curtin

The following attorneys will continue to receive notice in this case:

Felicia H. Ellsworth
Tess A. Foley
Eric Hawkins
Vincent J. Pisegna

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Christine - (617) 748-9026

cc:
Jason B. Curtin
Felicia H. Ellsworth
Tess A. Foley
Eric Hawkins
Vincent J. Pisegna