# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 21-1130

MITRASTAR TECHNOLOGY CORPORATION,

Plaintiff - Appellant,

v.

SKYWORKS SOLUTIONS, INC.,

Defendant - Appellee.

---

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(B)

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b). Each party shall bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| MITRASTAR TECHNOLOGY CORPORATION, | SKYWORKS SOLUTIONS, INC. |
| By its attorneys, | By its attorneys, |
| */s/ Vincent J. Pisegna* | s/ *Felicia H. Ellsworth* |
| Vincent J. Pisegna, BBO# 400560 | Felicia H. Ellsworth (BBO # 665232) |
| vpisegna@kb-law.com | Eric L. Hawkins (BBO # 693289) |
| KROKIDAS & BLUESTEIN LLP | Tess A. Foley (BBO # 703417) |
| 600 Atlantic Avenue | Wilmer Cutler Pickering Hale and Dorr LLP |
| Boston, MA 02210 | 60 State Street |
| (617) 482-7211 | Boston, MA 02109 |
| | Tel: (617) 526-6000 |
| | felicia.ellsworth@wilmerhale.com |
| | eric.hawkins@wilmerhale.com |
| | tess.foley@wilmerhale.com |

April 8, 2021

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 8, 2021, I electronically filed the attached Stipulation of Voluntary Dismissal through the CM/ECF system, which sends notification to counsel for Defendant.

                                         /s/Vincent J. Pisegna
                                         Vincent J. Pisegna

3601\0001\699782.1