# United States Court of Appeals
## For the First Circuit

No. 21-1130

MITRASTAR TECHNOLOGY CORPORATION

Plaintiff - Appellant

v.

SKYWORKS SOLUTIONS, INC.

Defendant - Appellee

**JUDGMENT**

Entered: April 8, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Vincent J. Pisegna
Felicia H. Ellsworth
Eric Hawkins
Tess A. Foley