# United States Court of Appeals
## For the First Circuit

No. 21-1130

MITRASTAR TECHNOLOGY CORPORATION

Plaintiff - Appellant

v.

SKYWORKS SOLUTIONS, INC.

Defendant - Appellee

**MANDATE**

Entered: April 8, 2021

    In accordance with the judgment of April 8, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Felicia H. Ellsworth
Tess A. Foley
Eric Hawkins
Vincent J. Pisegna